## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN RE:  **TIMOTHY E. ANGLEY** | ) | MISC. BUSINESS DOCKET |
| | ) | No.: 26-mc-91302-DJC |
| | ) | |
| | ) | |
| | ) | |

### ORDER OF IMMEDIATE TEMPORARY SUSPENSION

WHEREAS, on June 15, 2026, the Supreme Court for the Commonwealth of Massachusetts has cause to file with this Court a certified copy of an Order of Immediate Temporary Suspension with regard to **TIMOTHY E. ANGLEY.**

1. WHEREAS, pursuant to Local Rule 83.6.9, Notice of Filing of Disciplinary Action and Order to Show Cause were filed in this Court on June 24, 2026, In addition, a copy of the Notice and Order was electronically mailed to **TIMOTHY E. ANGLEY**'s address on file with this Court;

2. WHEREAS, **TIMOTHY E. ANGLEY** has failed to object or otherwise respond within twenty-eight (28) days.

WHEREFORE, pursuant to Local Rules 83.6.9(c), this Court hereby imposes the identical discipline, and **TIMOTHY E. ANGLEY** is hereby Suspended from this Court.

Dated: July 28, 2026

Denise J. Casper
Chief U.S. District Judge